**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)**

| | | |
|---|---|---|
| **ADAMS COMMUNICATION & ENGINEERING TECHNOLOGY, INC.** | * | |
| | * | |
| Plaintiff | * | |
| v. | * | |
| | * | Civil Action No. 19-cv-03131-PWG |
| **AEROVATION, INC.** | * | |
| Defendant | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR AN EXTENSION OF TIME**

Plaintiff Adams Communication & Engineering Technology, Inc. ("Plaintiff") by and through undersigned counsel files this Consent Motion for an Extension of Time and hereby requests to amend the deadlines set forth in the Paperless Order dated January 24, 2020 (ECF No. 18) as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiff's Letter in Response to Defendant's Letter Motion to Transfer this Action to the District of Arizona | February 7, 2020 | February 10, 2020 |
| Defendant's Counterclaim | February 7, 2020 | February 10, 2020 |
| Defendant's Reply Letter in Support of Motion to Transfer this Action to the District of Arizona | February 21, 2020 | February 24, 2020 |

Counsel for Defendant has confirmed that they do not oppose this Motion and consent to the relief sought herein.

WHEREFORE, Plaintiff respectfully requests that the Court grant the Consent Motion for an Extension of Time as set forth above.

Respectfully submitted,

Date: February 6, 2020              */s/* Toyja E. Kelley_____
                                    Toyja E. Kelley (Bar No. 26949)
                                    Ashley N. Fellona (Bar No. 21118)
                                    **SAUL EWING ARNSTEIN & LEHR**
                                    500 East Pratt Street, Suite 900
                                    Baltimore, Maryland 21202
                                    (410) 332-8689
                                    (410) 332-8195 (facsimile)
                                    toyja.kelley@saul.com
                                    ashley.fellona@saul.com

                                    **Attorneys for Adams Communication Engineering Technology, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this 6th day of February, 2020, a copy of the foregoing Consent Motion for an Extension of Time was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all Counsel of Record, who have entered an appearance in this matter, including:

Glenn C. Etelson, Esq.
Schulman Rogers Gandal Pordy and Ecker, PA
12505 Park Potomac Ave., 6th Fl.
Potomac, MD 20854

**Attorneys for Aerovation, Inc.**

                                           */s/* Toyja E. Kelley_____
                                           Toyja E. Kelley